NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michele D. Johnson (Bar No. 198298)
Michele.Johnson@LW.com
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUY A. SHAKED INVESTMENTS LTD. AND
DAFNI HAIR PRODUCTS, LTD.

Plaintiff(s),

v.

KARMIN PROFESSIONAL LTD.

Defendant(s)

CASE NUMBER:

2:19-cv-10591

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. ("Plaintiffs")
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Guy A. Shaked Investments Ltd. | Plaintiff |
| Dafni Hair Products Ltd. | Plaintiff |
| Karmin Professional Ltd. | Defendant |

December 16, 2019
Date

/s/ Michele D. Johnson
Signature

Attorney of record for (or name of party appearing in pro per):

Michele D. Johnson