| | |
|---|---|
| 1 | Michele D. Johnson (Bar No. 198298) |
| |    Michele.Johnson@LW.com |
| 2 | **LATHAM & WATKINS LLP** |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, CA 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Michael A. Morin (*PHV to be filed*) |
| |    Michael.Morin@LW.com |
| 6 | Kevin C. Wheeler (Bar No. 261177) |
| |    Kevin.Wheeler@LW.com |
| 7 | Joelle P. Justus (Bar No. 275244) |
| |    Joelle.Justus@LW.com |
| 8 | **LATHAM & WATKINS LLP** |
| | 555 Eleventh Street, N.W., Suite 1000 |
| 9 | Washington, D.C. 20004-1304 |
| | Telephone: +1.202.637.2200 |
| 10 | Facsimile: +1.202.637.2201 |
| 11 | Attorneys for Plaintiffs Guy A. Shaked |
| | Investments Ltd. and Dafni Hair Products, |
| 12 | Ltd. |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD. | Case No. 2:19-cv-10591 |
| Plaintiffs, | **GUY A. SHAKED INVESTMENTS LTD.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| KARMIN PROFESSIONAL LTD., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Guy A. Shaked Investments Ltd. hereby certifies that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 16, 2019

LATHAM & WATKINS LLP

By /s/ Michele D. Johnson
Michele D. Johnson
Michael A. Morin
Kevin C. Wheeler
Joelle P. Justus

*Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.*