Michael.Morin@LW.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

E-FILED
DEC 2 0 2019
Document # _____
Lnk #9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD.<br><br>v.           Plaintiff(s)<br><br>KARMIN PROFESSIONAL LTD.<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-10591<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Morin, Michael A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

+1.202.637.2200
*Telephone Number*

+1.202.637.2201
*Fax Number*

Michael.Morin@LW.com
*E-Mail Address*

of

LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Guy A. Shaked Investments Ltd.
Dafni Hair Products, Ltd.

*Name(s) of Party(ies) Represented*
☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Johnson, Michele D
*Designee's Name (Last Name, First Name & Middle Initial)*

198298  +1.714.540.1235  +1.714.755.8290
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Michele.Johnson@LW.com
*E-Mail Address*

of

Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☒ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☒ for failure to complete Application: Not hand-signed -LR 5-4.3.4.
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded ☐ not be refunded.

Dated  12/20/19

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  Page 1 of 1

APPLICATION OF NON-RESIDENT ATTORNEY