Michael A. Morin
Michael.Morin@LW.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD.<br><br>v.<br>Plaintiff(s)<br><br>KARMIN PROFESSIONAL LTD.<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-10591 PSG (AFMx)<br><br>CORRECTED<br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Morin, Michael A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

+1.202.637.2200   +1.202.637.2201
*Telephone Number*   *Fax Number*

Michael.Morin@LW.com
*E-Mail Address*

of

LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Guy A. Shaked Investments Ltd.
Dafni Hair Products, Ltd.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Johnson, Michele D
*Designee's Name (Last Name, First Name & Middle Initial)*

198298   +1.714.540.1235   +1.714.755.8290
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

Michele.Johnson@LW.com
*E-Mail Address*

of

Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated January 2, 2020
_____
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1