| | |
|---|---|
| 1 | Michele D. Johnson (Bar No. 198298) |
| | Michele.Johnson@LW.com |
| 2 | **LATHAM & WATKINS LLP** |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, CA 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Michael A. Morin (*Pro Hac Vice*) |
| | Michael.Morin@LW.com |
| 6 | Kevin C. Wheeler (Bar No. 261177) |
| | Kevin.Wheeler@LW.com |
| 7 | Joelle P. Justus (Bar No. 275244) |
| | Joelle.Justus@LW.com |
| 8 | **LATHAM & WATKINS LLP** |
| | 555 Eleventh Street, N.W., Suite 1000 |
| 9 | Washington, D.C. 20004-1304 |
| | Telephone: +1.202.637.2200 |
| 10 | Facsimile: +1.202.637.2201 |

Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD. | Case No. 2:19-cv-10591-AB-MAA |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| KARMIN PROFESSIONAL LTD., | |
| Defendant. | |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. hereby dismiss this entire action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 16, 2020                Respectfully submitted,

                                     LATHAM & WATKINS LLP

                                     By /s/ Michele D. Johnson
                                        Michele D. Johnson
                                        Michael A. Morin
                                        Kevin C. Wheeler
                                        Joelle P. Justus

                                        *Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.*

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626.

On March 16, 2020, I affected service of the following documents described as:

**NOTICE OF DISMISSAL**

on the interested parties by depositing a sealed envelope with postage fully prepaid in the U.S. Mail for each addressee named below.

KARMIN PROFESSIONAL LTD.
9107 Wilshire Blvd.,
Beverly Hills, CA 90210

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 16, 2020, at Orange County, California.

By _____
Everett Bulthuis

CASE NO. 2:19-cv-10591-AB-MAA
NOTICE OF DISMISSAL

3